# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| ROBERT JACOBS,<br>    Petitioner, | Case No. 1:21-cv-461 |
| vs. | Black, J.<br>Litkovitz, M.J. |
| WARDEN, SOUTHEASTERN<br>CORRECTIONAL INSTITUTION,<br>    Respondent. | **ORDER** |

This habeas corpus action filed pursuant to 28 U.S.C. § 2254 is before the Court on respondent's motion to strike petitioner's traverse. (Doc. 9). In a separate Report and Recommendation issued this date, the undersigned has recommended that petitioner's habeas corpus petition be denied with prejudice.[1]

Respondent's motion (Doc. 9) is **DENIED** as moot.

**IT IS SO ORDERED.**

Date: 2/9/2023

Karen L. Litkovitz
United States Magistrate Judge

---

[1] In issuing the Report and Recommendation, the Court has considered the arguments presented in petitioner's traverse.